**ATLAS REPUBLIC INSURANCE COMPANY v. MARTYN et al.**

Court of Appeals of Kentucky.

(Decided June 2, 1933.)

F. J. McCARTHY for movant.

DICKSON, BRADLEY & BLANTON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**GODDARD et al v. ALLIN et al.**

Court of Appeals of Kentucky.

(Decided June 6, 1933.)

ERROL W. DRAFFEN for movant.

C. E. RANKIN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.